AO 442 (Rev. 11/11) Arrest Warrant

FILED
RICHARD W. NAGEL
CLERK OF COURT
2021 JUN -9 PM 3:11
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST DIV. COLUMBUS

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| United States of America | ) |
|---|---|
| v. | ) |
| Matthew Taylor Barlow | ) Case No. 2:21-mj-269 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

ORIGINAL

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Matthew Taylor Barlow,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. Section 841 - Knowingly or intentionally attempt to manufacture, distribute, or dispense, or possess with intent to manufacture, distribute, or dispense a controlled substance.

21 U.S.C Section 846 - Attempt and conspriacy to commit an act in violation of 21 U.S.C. Section 841.

Date: April 20, 2021

Kimberly A. Jolson
United States Magistrate Judge

City and state: Columbus, Ohio

---

**Return**

This warrant was received on *(date)* 4-21-21, and the person was arrested on *(date)* 4-21-21
at *(city and state)* SLC, UT

Date: 4-23-21

_____
Arresting officer's signature

Tom Kelly  DUSM
Printed name and title