IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No. 2:21-CR-00089 |
| vs. | : | JUDGE MORRISON |
| | : | |
| JAMES VERL BARLOW, ET. AL. | : | |

NOTICE OF APPEARANCE

Frederic C. Shadley, Assistant United States Attorney, Southern District of Ohio, hereby gives notice to the Court and counsel for defendant, that he is entering an appearance as counsel for the United States, in the above captioned case, and requests that service of all papers filed in this action be made upon him at the following address:

> Frederic C. Shadley
> Assistant United States Attorney
> 303 Marconi Boulevard, Suite 200
> Columbus, Ohio 43215

Respectfully submitted,

KENNETH L. PARKER
United States Attorney

*s/Frederic C. Shadley*
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
(614) 469-5715
Frederic.Shadley@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served this 25th day of July 2024 via ECF on counsel for defendant.

*s/Frederic C. Shadley*
FREDERIC C. SHADLEY (IL 6310149)
Assistant United States Attorney